CT Corporation

**Service of Process Transmittal**
03/24/2020
CT Log Number 537446222

TO: KIM LUNDY SERVICE OF PROCESS
WALMART INC.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Louisiana**

FOR: WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Ellis Tessie, Pltf. vs. Walmart, Inc. and ABC Insurance Company, Dfts. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | * |
| COURT/AGENCY: | *, * <br> Case # 267728 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - * |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 03/24/2020 at 10:00 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | * |
| ATTORNEY(S) / SENDER(S): | * <br> * <br> *, * * |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 03/26/2020, Expected Purge Date: 03/31/2020 <br><br> Image SOP <br><br> Email Notification, KIM LUNDY SERVICE OF PROCESS ctlawsuits@walmartlegal.com |
| SIGNED: <br> ADDRESS: | C T Corporation System <br> 1999 Bryan St Ste 900 <br> Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529 <br> MajorAccountTeam2@wolterskluwer.com |

Page 1 of 1 / MD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Ellis, Tessie
Walmart Exhibit A

# ROBIN L. HOOTER
## CLERK OF COURT ✤ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153    Fax (318) 473-4667    Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION                                    NO. 267,728    F

TESSIE ELLIS                          || NINTH JUDICIAL DISTRICT COURT
VERSUS                                || PARISH OF RAPIDES
WALMART INC                           || STATE OF LOUISIANA

TO: WALMART INC
    THRU CT CORPORATION SYSTEM 3867 PLAZA TOWER DR
    BATON ROUGE LA 70816-0000
    EAST BATON ROUGE PARISH

   YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED
AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS
IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN
FIFTEEN(15) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL.
IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 15TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU
TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

   WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 18TH DAY OF MARCH, 2020.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION.


                                              ROBIN L. HOOTER
                                              Clerk of Court
JEANNE K DEMAREST
909 POYDRAS STREET SU
NEW ORLEANS LA  70112-0000                 BY _____
Filing Attorney                               Deputy Clerk of Court

                          SHERIFF STAMP BELOW
                          --------------------


0245536                                                          019

Ellis, Tessie
Walmart Exhibit A

9th **JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES**

**STATE OF LOUISIANA**

NO.: 267,728                                     DIVISION: P

**TESSIE ELLIS**

**VERSUS**

**WALMART, INC. AND ABC INSURANCE COMPANY**

FILED: _____        _____
                                 **DEPUTY CLERK**

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel comes Petitioner, **TESSIE ELLIS,** (hereinafter sometimes referred to "PETITIONER"), a person of the full age of majority and domiciled in Alexandria, Louisiana., who respectfully represents the following:

I.

The following named parties are made defendants herein, to-wit:

1. **ABC INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

2. **WALMART, INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana.

II.

The above - named defendants are responsible and liable jointly, severally, solidary and vicariously to petitioner because of the following:

III.

This action results from an incident occurring in Alexandria, Louisiana on or about June 26, 2019.

—1—

IV.

Petitioner, **TESSIE ELLIS**, was a guest patron and invitee of Walmart, Inc. (Store # 0539) located at 2050 N. Mall Dr. Alexandria, Louisiana, an area within the jurisdiction of this Court.

V.

While doing some routine shopping at **WALMART, INC., TESSIE EILLIS** was walking through the produce section when suddenly and without warning, she slipped and fell due to an unknown substance on the floor, which resulted in personal and bodily injuries to the Petitioner.

VI.

As a result of the above accident, petitioner, **TESSIE EILLIS**, suffered and continues to suffer multiple personal, psychological and emotional injuries of a past, present and continuing nature.

VII.

Petitioner, **TESSIE EILLIS**, has undergone medical treatment since the incident and will undergo further medical treatment. Petitioner was and still is limited from her normal activities as a result of the accident.

VIII.

The sole and proximate cause of the injuries and damages sustained by petitioner was the joint, concurrent, successive, solidary and/or several negligence of the defendant(s), **ABC INSURANCE COMPANY AND WALMART, INC** and/or the negligence of his/its agents and employees for whom he/it is vicariously liable, which negligence consisted of the following acts and/or omissions, to-wit:

   a. failure to safeguard the premises to protect plaintiff as a business invitee against the possibility of falling;

   b. failure to discover and correct dangerous conditions existing on the premises;

   c. failure to inspect the premises for dangerous conditions, foreign substances and/or other unsafe conditions on the

–2–

        premises; and

    d.    other negligence which may be proven at trial of this matter.

### IX.

**TESSIE ELLIS** itemizes the damages to which she is entitled as a result of the accident and injury proximately caused by the above described negligence of defendant(s) as follows, to-wit:

(a) Past physical pain, suffering and discomfort

(a) Past mental anguish, aggravation and annoyance

(b) Disability

(c) Future physical pain, suffering and discomfort

(d) Future mental anguish, aggravation and annoyance

(e) Past medical expenses

(f) Future medical expenses

(g) Loss of enjoyment of life

(h) Loss of use/function of parts of body

(i) Bodily disability

(j) Impairment of psychological functioning

(k) Destruction of earning capacity

(l) Disability from engaging in recreation

### X.

**ABC INSURANCE COMPANY** is the unknown liability insurer of defendant, **WALMART, INC.** As unknown insurer of said defendants, **ABC INSURANCE COMPANY** is jointly, severally, solidary and vicariously liable and responsible to petitioner for the negligence and damages set forth above.

**WHEREFORE**, petitioner prays that defendants be cited and served and that after due

–3–

proceedings are had there be judgment in favor of petitioner, **TESSIE ELLIS**, and against the defendants, **ABC INSURANCE COMPANY AND WALMART, INC.**, jointly, severally, solidary and vicariously for such sums as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully Submitted:
*Alvendia, Kelly & Demarest, LLC*

**RODERICK "RICO" ALVENDIA, 25554**
**J. BART KELLY III, 24488**
**JEANNE K. DEMAREST, 23032**
**CRISTEN MARCOTTE, 34289**
**KURT A. OFFNER, 28176**
**JOHN ZAZULAK, II, 38452**
**JENNIFER KUECHMANN, 36886**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001

*ATTORNEYS FOR PLAINTIFFS*

**PLEASE SERVE**:

**WALMART, INC.**
Through its registered agent for service of process
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**ABC INSURANCE COMPANY** *(Please hold service)*

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS
A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
AND OF RECORD IN THIS OFFICE.
IN FAITH, WHEREOF, WITNESS MY HAND AND SEAL OF
OFFICE, AT ALEXANDRIA, LOUISIANA, THIS _____
DAY OF _____ A.D. 20___
ROBIN L. HOOTER
BY_____
DY. CLERK OF COURT

Ellis, Tessie
Walmart Exhibit A